# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00895-CV

**J. O., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## NO. 296,104-B, THE HONORABLE CHRISTOPHER CORNISH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. O. filed his notice of appeal on December 5, 2019. The appellate record was complete January 16, 2020, making appellant's brief due February 5, 2020. On February 3, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than February 25, 2020. If the brief is not filed by that date, Natalie N. Fowler may be required to show cause why she should not be held in contempt of court.

It is ordered on February 4, 2020.


Before Justices Goodwin, Kelly, and Smith